[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 20-11745
Non-Argument Calendar

————————————————

D.C. Docket No. 8:19-cr-00316-VMC-CPT-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DECIO VIVEROS GRANJA,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(May 20, 2021)

Before WILSON, MARTIN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Decio Viveros Granja appeals from his conviction for conspiracy to distribute five kilograms or more of cocaine while on board of a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii), and sentence of 121 months' imprisonment.

Granja's appointed counsel in this direct criminal appeal has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967) (when counsel determines that a criminal defendant's case is "wholly frivolous," counsel must "so advise the court and request permission to withdraw"). As required, his counsel filed a brief setting out any irregularities or other potential errors in Granja's plea and sentencing processes that might arguably be meritorious. See United States v. Blackwell, 767 F.2d 1486, 1487–88 (11th Cir. 1985) (per curiam). His counsel notes the existence of a valid appeal waiver in the plea agreement and says the record does not reveal that any exception to that waiver applies. He also notes that Granja received a below-guidelines sentence. He concludes that he was unable to find the existence of any meritorious argument on appeal.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Granja's conviction and sentence are

**AFFIRMED**.